UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 08-23856-EPK
CHAPTER 7 CASE

IN RE:

TREVOR PARKER
YVONNE PARKER

Debtors.
_____/

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby enters his/her appearance as attorney for **SELECT PORTFOLIO SERVICING, INC. AS SERVICING AGENT FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ASSET BACKED SECURITIES CORPORATION HOME EQUITY LOAN TRUST, SERIES MO 2006-HE6 ASSET BACKED PASS-THROUGH CERTIFICTES, SERIES MO 2006-HE6**, a secured lien holder, creditor of the above style debtors.

The Clerk of this Court is requested to add the name and address of the undersigned to the matrix of creditors prepared in connection with this case.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A) and that a true and correct copy of the Notice of Appearance was delivered to the addressees on the attached mailing list by First Class U. S. Mail postage pre-paid and/or electronic mail this _21_ day of October, 2008.

Law Offices of Marshall C. Watson, P.A.
1800 N.W. 49TH Street, Suite 120
Fort Lauderdale, FL 33309
Telephone: (954) 453-0365/1-800-441-2438
Facsimile: (954) 689-3517

By:_____
Scott Weiss, Esq.
Bar Number: 710910

07-27715

Mailing List for Case No.: 08-23856-EPK

MICHAEL R. BAKST, TRUSTEE
222 LAKE VIEW AVE, #160
WEST PALM BEACH, FL 33401

TREVOR PARKER
9165 PINEVILLE DRIVE
LAKE WORTH, FL 33467

YVONNE PARKER
9165 PINEVILLE DRIVE
LAKE WORTH, FL 33467

DAVID KOVARI, ESQ.
2295 NW CORPORATE BLVD #117
BOCA RATON, FL 33431

OFFICE OF THE US TRUSTEE
51 SW 1ST AVE., SUITE 1204
MIAMI, FL 33130

07-27715