

**ORDERED in the Southern District of Florida on December 01, 2008.**

Erik P. Kimball, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 08-23856-EPK
CHAPTER 7 CASE

IN RE:

TREVOR PARKER
YVONNE PARKER

Debtors.
_____/

**ORDER GRANTING MODIFICATION OF STAY**

  THIS CASE came before the court, upon Motion for Relief from Stay (Docket #16) filed pursuant to local rule 4001-1(c) by **SELECT PORTFOLIO SERVICING, INC. AS SERVICING AGENT FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ASSET BACKED SECURITIES CORPORATION HOME EQUITY LOAN TRUST, SERIES MO 2006-HE6 ASSET BACKED PASS-THROUGH CERTIFICTES, SERIES MO 2006-HE6,** a secured creditor, and there being no objections to the entry of this order within the fifteen days negative notice period set forth therein, and the Court being otherwise fully advised in the premises, it is

  ORDERED AND ADJUDGED as follows:

07-27715

1. That the Motion for Relief from Stay is, granted so that Movant may file and complete an action in State Court for foreclosure of its mortgage encumbering the property described as:

    > LOT 16, OF " OSPREY PLAT", ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 103, AT PAGE 1, OF THE PUBLIC RECORDS OF PALM BEACH COUNTY, FLORIDA.
    >
    > A/K/A: 9165 PINEVILLE DRIVE, LAKE WORTH, FL 33467

2. It is further ORDERED ADJUDGED AND DECREED that the Order granting Relief from the automatic stay is entered for the sole purpose of allowing Movant to obtain an in rem judgment against the property and any other remedies the Movant may have under applicable non-bankruptcy law; provided, that the Movant shall not seek or obtain an in personam judgment against the debtor.

3. Bankruptcy fees and costs of $800.00 are awarded for bringing forth the prosecution of the Motion for Relief.

4. The ten (10) day stay of the Order Granting Relief pursuant to Bankruptcy Rule 4001 (a)(3) is waived so that **SELECT PORTFOLIO SERVICING, INC. AS SERVICING AGENT FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ASSET BACKED SECURITIES CORPORATION HOME EQUITY LOAN TRUST, SERIES MO 2006-HE6 ASSET BACKED PASS-THROUGH CERTIFICTES, SERIES MO 2006-HE6** can pursue its in rem remedies without further delay.

5. **SELECT PORTFOLIO SERVICING, INC. AS SERVICING AGENT FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ASSET BACKED SECURITIES CORPORATION HOME EQUITY LOAN TRUST, SERIES MO 2006-HE6 ASSET BACKED PASS-THROUGH CERTIFICTES, SERIES MO 2006-HE6,** is permitted to offer the debtor information regarding potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other loan workout/Loss Mitigation agreement and may enter into such agreement with the debtor without violating any Discharge Order. However, **SELECT PORTFOLIO SERVICING, INC. AS SERVICING AGENT FOR U.S. BANK**

07-27715

**NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ASSET BACKED SECURITIES CORPORATION HOME EQUITY LOAN TRUST, SERIES MO 2006-HE6 ASSET BACKED PASS-THROUGH CERTIFICTES, SERIES MO 2006-HE6,** may not enforce any personal liability against the debtor if Debtor's personal liability is discharged in this bankruptcy case.

###

Prepared by:    LAW OFFICES OF MARSHALL C. WATSON, P.A.
ATTN: SCOTT R. WEISS, ESQUIRE
1800 NORTH WEST 49TH STREET – SUITE #120
FORT LAUDERDALE, FLORIDA 33309

Scott R. Weiss, Esq., Is directed to furnish a
Conformed copy of this Order immediately
upon receipt of same and file certificate
of service with the court.

07-27715