UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA.

CASE NO.: 08-23856 -BKC-EPK
Chapter 7

In Re:

PARKER, TREVOR,
PARKER, YVONNE,

        Debtor(s).
_____/

## TRUSTEE'S AGREED MOTION FOR EXTENSION OF TIME IN WHICH TO OBJECT TO DISCHARGE

The Trustee, **Michael R. Bakst**, hereby files this his Motion for Extension of Time in Which to Object to Discharge and states:

1. This voluntary Chapter 7 proceeding was filed on September 23, 2008. Michael R. Bakst has been appointed as the Chapter 7 Trustee.

2. The deadline in which to object to discharge is December 29, 2008. This is the first extension of time in which to object to discharge that the Trustee has sought.

3. At the Debtors' §341 Meeting of Creditors on October 30, 2008, the Trustee requested that the Debtors provide to him documentation as to a loan the Debtors made to Dedre Gardner Williams and/or Raymond Williams with an address.

4. On November 5, 2008, the Debtors' counsel sent to the Trustee a copy of the promissory note and the address for Dedre Gardner Williams and Raymond Williams.

5. On December 4, 2008, the Trustee sent a letter to the Debtors' counsel requesting the original promissory note, an accounting of any monies that the Debtors have received from Mr. Williams and/or Ms. Gardner toward repayment of the note, and copies of any documentation such as checks, check registers, bank statements, cashier's checks, and money orders evidencing that the monies were actually paid by the Debtors either to or on behalf of Mr. Willaims and Ms. Gardner. A copy of the Trustee's December 4, 2008 letter is attached as Exhibit "1". It will be necessary for the Trustee to receive and review the aforementioned documentation before making a determination as

FTL:2991380:1

to whether to object to the discharge of the Debtors.

6. Accordingly, pursuant to Federal Rule of Bankruptcy Procedure 4004(b), the Trustee seeks a thirty (30) day extension of time, or such additional extension of time that the Court may deem appropriate beyond such thirty (30) days, in which to object to discharge, thus providing the Trustee up through and January 28, 2009 in which to object to the discharge of the Debtors.

7. The Trustee is not filing this motion to unduly prejudice or burden the Debtors. To the contrary, among other grounds for objecting to discharge, the Trustee is providing the Debtors with a good faith opportunity to prevent requiring the Trustee to file a complaint objecting to discharge based upon the withholding of recorded information from an officer of the estate pursuant to 11 U.S.C. §727(a)(4)(D).

8. The Debtors have agreed to this extension.

WHEREFORE, the Trustee, **Michael R. Bakst**, respectfully requests that the Court enter an order granting the Trustee a thirty (30) day extension of time up through and including January 28, 2009, or such additional extension of time that the Court may deem appropriate beyond such thirty (30) days, in which to object to the discharge of the Debtors, plus that the Court grant such other and further relief as the Court deems just and proper.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via the attached service list, this the _5_ day of _December_ 2008.

MICHAEL R. BAKST, TRUSTEE

_____
Michael R. Bakst
PMB 702, 222 Lakeview Ave., Suite 160
West Palm Beach FL 33401
(561) 838-4539
(561) 514-3439 (fax)

emb

- Michael R Bakst    efilemrb@ruden.com,
  FL65@ecfcbis.com;Efile2557@ruden.com;Efile2556@ruden.com

- David Kovari    dkflalaw@yahoo.com, dkflalaw@yahoo.com

FTL:2991380:1

- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Scott R. Weiss    scott.weiss@marshallwatson.com

**Manual Mailing List**

    Recovery Management Systems Corporation
    25 S.E. 2nd Avenue #1120
    Miami, Fl 33131-1605

    Trevor and Yvonne Parker
    9165 Pineville Drive
    Lake Worth, Fl 33467

# MICHAEL R. BAKST, TRUSTEE

UNITED STATES BANKRUPTCY TRUSTEE

PMB-702, SUITE 160
222 LAKEVIEW AVENUE
WEST PALM BEACH, FL 33401

TELEPHONE 561.838.4539
FACSIMILE 561.514.3439
E-MAIL bakstrustee@ruden.com

December 4, 2008

VIA FACSIMILE: (561) 417-8546

David Kovari, Esq.
2295 NW Corporate Boulevard
Suite 117
Boca Raton, Florida 33431

Re:  Trevor Parker, Debtor and Yvonne Parker, Debtor
     Case No. 08-23856-BKC-EPK

Dear Mr. Kovari:

I received the facsimile copy of your letter dated November 5, 2008. Please send me the original Promissory Note. I also need an accounting of any monies that your clients have received from Mr. Williams and/or Ms. Gardner toward repayment of the Note. Finally, I need copies of any documentation (checks, check registers, bank statements, cashier's checks, and money orders) evidencing that the monies were actually paid by your clients either to or on behalf of Mr. Williams and Ms. Gardner. Please provide these documents within seven (7) days.

I will be out of the state on vacation the latter part of December. Please let me know if you will agree to a thirty (30) day extension of the deadline to file objections to discharge (which is currently December 29, 2008) pending receipt and review of this requested documentation.

Very truly yours,

MICHAEL R. BAKST, TRUSTEE

BY: _____
    MICHAEL R. BAKST

MRB:mma
FTL:2988607:1

EXHIBIT 1

**Arty, Michelle**

| | |
|---|---|
| **From:** | YOU HAVE RECEIVED A FAX!!! |
| **Posted At:** | Thursday, December 04, 2008 5:09 PM |
| **Conversation:** | Your fax has been successfully sent to David Kovari, Esq. at 1-561-417-8546. |
| **Posted To:** | Inbox |
| **Subject:** | Your fax has been successfully sent to David Kovari, Esq. at 1-561-417-8546. |

Your fax has been successfully sent to David Kovari, Esq. at 1-561-417-8546.
------------------------------------------------------------
Client: 60086
Matter: 0050
------------------------------------------------------------
Time: 12/4/2008 5:07:47 PM
Sent to 1-561-417-8546 with remote ID "5614178546        "
Result: (0/339;0/0) Successful Send
Page record: 1 - 2
Elapsed time: 00:44 on channel 0

1